UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIOMAR BARRETO COELHO, )<br><br>Petitioner, )<br><br>v. )<br><br>ANTONE MONIZ et al., )<br><br>Respondents. ) | Civil No. 25-13873-LTS |

## JUDGMENT

January 27, 2026

SOROKIN, J.

Pursuant to the Court's Order dated December 22, 2025 (Doc. No. 8), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

No motion for fees having been filed by the petitioner, all parties shall bear their own fees and costs.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge